712 HOLDING CORPORATION, Respondent, *v.* GREELEY BUILDING Co., INC., Appellant.

(Argued December 5, 1929; decided January 7, 1930.)

*Robert Seelav* for appellant.

*Joseph Fischer* and *Louis J. Vorhaus* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.